UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HOWERY, | No. C-14-01980 DMR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| INTERNATIONAL ASSOCIATION OF MACHINISTS, | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled for July 30, 2014 at 1:30 p.m. before this court in the above-entitled case. Plaintiff was not present. Defendant was not present, but it appears that Defendant has not yet been served.

Therefore, IT IS HEREBY ORDERED that by **August 8, 2014**, Plaintiff shall submit a statement explaining why this matter should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: July 30, 2014

DONNA M. RYU
United States Magistrate Judge