United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRYSTAL HOWERY,

       Plaintiff,

  v.

INTERNATIONAL ASSOCIATION
OF MACHINISTS AND AEROSPACE
WORKERS,

       Defendant

No. C 14-01980 WHA

**ORDER DISCHARGING
ORDER TO SHOW CAUSE**

On September 2, 2014, *pro se* plaintiff Crystal Howery was ordered to show cause as to whether proper service had been effected and to include a certificate showing that the summons and complaint had been properly served on defendant. Plaintiff has timely responded with such a certificate, and for good cause shown, the order to show cause is hereby **DISCHARGED**.

Plaintiff will also please note that defendant has filed a motion to dismiss today. Under Civil Local Rule 7-3, plaintiff has until September 29, 2014, to file an opposition thereto, if she chooses to do so. The hearing on the motion to dismiss is set for October 30, 2014.

**IT IS SO ORDERED.**

Dated:  September 16, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE