IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HOWERY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INTERNATIONAL ASSOCIATION OF<br>MACHINISTS AND AEROSPACE<br>WORKERS,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 14-01980 WHA<br><br>**ORDER EXTENDING<br>DEADLINE FOR RESPONDING<br>TO MOTION TO DISMISS** |

In an order dated September 16, 2014 (Dkt. No. 20), *pro se* plaintiff Crystal Howery was instructed of her deadline to oppose defendant's motion to dismiss. That deadline is today, but no opposition or other response has been received from plaintiff. Accordingly, if plaintiff chooses to oppose or otherwise respond to the motion to dismiss, that opposition or response must be received by **12 PM ON OCTOBER 6, 2014**. Failure to respond may result in this action being dismissed. Defendant may then file a reply to any such response by **12 PM ON OCTOBER 13, 2014**.

　　**IT IS SO ORDERED.**

Dated: September 29, 2014.

　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE